ORIGINAL

1  DAVID W. QUINTO, ESQ. (SBN 106232)
    davidquinto@dwt.com
2  CARLA A. McCAULEY (SBN 223910)
    carlamccauley@dwt.com
3  KAREN A. HENRY (State Bar No. 229707)
    karenhenry@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
    865 South Figueroa Street, 24th Floor
5  Los Angeles, California  90017-2566
    Telephone: (213) 633-6800
6  Fax:  (213) 633-6899

7  Attorneys for Plaintiff
   SATA GmbH & Co. KG

FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2015
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SATA GmbH & Co. KG, a German corporation,

  Plaintiff,

  vs.

Wenzhou New Century International, Ltd., a foreign business organization; A&F Auto Paint & Supply, Inc., a California corporation; Abdulahad Hanna, an individual; and DOES 1-10,

  Defendants.

Case No. CV15-08157-BRO (Ex)

FILED UNDER SEAL 15 U.S.C. § 1116(D)(8)

DEMAND FOR JURY TRIAL

COMPLAINT FOR:
(1) TRADEMARK COUNTERFEITING AND INFRINGEMENT 15 U.S.C. § 1114;
(2) TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION 15 U.S.C. § 1125;
(3) COMMON LAW TRADEMARK INFRINGEMENT;
(4) VIOLATION OF BUS & PROF. CODE § 17200, ET SEQ.;
(5) PATENT INFRINGEMENT

LODGED
CLERK, U.S. DISTRICT COURT
OCT 16 2015
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

COMPLAINT
DWT 28099937v2 0105505-000001

ORIGINAL

1 DAVID W. QUINTO, ESQ. (SBN 106232)
   davidquinto@dwt.com
2 CARLA A. McCAULEY (SBN 223910)
   carlamccauley@dwt.com
3 KAREN A. HENRY (State Bar No. 229707)
   karenhenry@dwt.com
4 DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
5 Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
6 Fax: (213) 633-6899

7 Attorneys for Plaintiff
   SATA GmbH & Co. KG
8

FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2015
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

9            UNITED STATES DISTRICT COURT
10           CENTRAL DISTRICT OF CALIFORNIA
11                 WESTERN DIVISION

12 SATA GmbH & Co. KG, a German ) Case No. CV15-08157-BRO(Ex)
   corporation,                  )
13                               ) FILED UNDER SEAL 15 U.S.C. §
                   Plaintiff,    ) 1116(D)(8)
14       vs.                     )
                                 ) DEMAND FOR JURY TRIAL
15 Wenzhou New Century International, )
   Ltd., a foreign business organization; ) COMPLAINT FOR:
16 A&F Auto Paint & Supply, Inc., a ) (1) TRADEMARK
   California corporation; Abdulahad Hanna, )     COUNTERFEITING AND
17 an individual; and DOES 1-10,  )     INFRINGEMENT 15 U.S.C. §
                                 )     1114;
18                 Defendants.    ) (2) TRADEMARK
                                 )     INFRINGEMENT AND UNFAIR
19                               )     COMPETITION 15 U.S.C. §
                                 )     1125;
20                               ) (3) COMMON LAW TRADEMARK
                                 )     INFRINGEMENT;
21                               ) (4) VIOLATION OF BUS & PROF.
                                 )     CODE § 17200, ET SEQ.;
22                               ) (5) PATENT INFRINGEMENT

LODGED
CLERK, U.S. DISTRICT COURT
OCT 16 2015
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

PAID
OCT 16 2015
Clerk, US District Court
COURT 46

COMPLAINT
DWT 28099937v2 0105505-000001

Plaintiff SATA GmbH & Co. KG ("SATA") hereby states its complaint against Defendants Wenzhou New Century International, Ltd. ("WENZHOU"), A&F Auto Paint & Supply, Inc. ("A&F"), Abdulahad Hanna ("HANNA"), and DOES 1-10 as follows:

## Introduction

1. SATA is a world leader in the production of paint spray guns, airbrushes, workplace safety and security equipment, and related products. Defendants are offering for sale counterfeit paint spray gun paint reservoirs that infringe upon SATA's U.S. trademarks and a U.S. utility patent. Accordingly, in this action, SATA seeks an *ex parte* emergency temporary restraining and seizure order, as well as preliminary and permanent injunctive relief and money damages (including, but not limited to, statutory damages), attorneys' fees, interest, and costs.

## Jurisdiction and Venue

2. This is an action for statutory trademark counterfeiting, trademark infringement, false designation of origin, and unfair competition in violation of the Lanham Act, 15 U.S.C. § 1051, *et seq.*; common law trademark infringement and unfair competition; violation of California Business and Professions Code Section 17200; and patent infringement in violation of 35 U.S.C. § 1, *et seq.*

3. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1119 and 1121, and pursuant to 28 U.S.C. §§ 1331, 1338, and 1367, because this action presents questions arising under the trademark and patent laws of the United States to which Congress has granted concurrent or exclusive subject matter jurisdiction to the federal courts. This Court has supplemental jurisdiction over SATA's related claims under state law.

4. On information and belief, this Court has personal jurisdiction over WENZHOU based upon WENZHOU's infringing acts of supplying counterfeit paint reservoirs and related products for sale in Los Angeles County, California.

COMPLAINT
DWT 28099937v2 0105505-000001

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

5. This Court has personal jurisdiction over A&F as its principal place of business and state of incorporation are in California, and based on its infringing acts of advertising, displaying, and offering counterfeit paint reservoirs and related products for sale in Los Angeles County, California.

6. This Court has personal jurisdiction over HANNA based upon HANNA's residence at 19617 Crystal Ridge Court, Canyon County, California 91351, and based upon infringing acts of advertising, displaying, and offering paint reservoirs and related products for sale in Los Angeles County, California.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), (c), (d), and 1400(b) because Defendants do business in California and have committed acts of infringement in California.

## The Parties

8. SATA is a German corporation established in 1907 and organized under the laws of Germany.

9. Upon information and belief, Defendant WENZHOU is a foreign business organization whose principal place of business is located in Wenzhou, China.

10. Upon information and belief, Defendant A&F is a California corporation whose principal place of business is located in Los Angeles County, California.

11. Upon information and belief, Defendant HANNA is an individual who resides in Los Angeles County, California.

12. SATA is unaware of the true names and capacities, whether individual, corporate, associate, or otherwise, of defendants Does 1-10, inclusive, or any of them, and therefore sues those defendants, and each of them, by fictitious names. SATA will seek leave of court to amend this complaint to allege the true names and capacities of the defendants identified herein as Does 1-10 when the identities and status of those defendants are ascertained.

COMPLAINT
DWT 28099937v2 0105505-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

13. Upon information and belief, at all times relevant herein, defendants were the agents of each other and, in doing the things alleged herein, each defendant was acting within the course and scope of his, her, or its agency and was subject to and under the supervision of each of his, her, or its co-defendants.

## GENERAL ALLEGATIONS

### SATA's Business

14. Over the past century, SATA has been a leader in the production of paint spray guns, the paint reservoirs that are used with the spray guns, and related equipment principally used to paint automobiles. SATA's products are designed and manufactured in Germany and are sold to distributors worldwide. SATA's paint spray guns are highly valued; well known for their quality, performance, and durability; and used by car repair businesses, automobile manufacturers, and hobbyists nearly worldwide. Since 2000, SATA has been repeatedly honored as one of the 100 most innovative mid-sized German companies.

15. SATA offers a wide variety of paint spray guns, including HVLP (high volume, low pressure), and RP (reduced pressure) spray guns as well as paint spray guns for automatic painting systems (*e.g.*, robots). SATA has recently made pioneering changes to its products to achieve improved atomization and performance and to comply with Southern California Air Quality Management District rule 1151, which requires that the transfer efficiency of a compliant paint spray gun (*e.g.*, of a "Reduced Pressure Technology" ("RP") spray gun) must be equal to or higher than a comparable "High volume-low pressure" ("HVLP") spray gun used in the market. SATA exceeds that standard by manufacturing "Reduced Pressure Technology" ("RP") spray guns and "High volume-low pressure" ("HVLP") spray guns having a maximum air cap pressure below 10 psi.

16. SATA's strong reputation and goodwill in the industry is further bolstered by its strong commitment to aiding users of SATA products through free

COMPLAINT
DWT 28099937v2 0105505-000001

3

online services, such as providing tips for painting, a forum for discussion, useful measurement calculators, video tutorials, and even an encyclopedia of terms.

17. As a result of SATA's strong reputation for quality products, SATA's U.S. distributor estimates that its sales of SATA's RPS brand paint reservoirs account for 20 percent of the entire U.S. market, and 25 percent of the Southern California disposable paint reservoir market. As a result, SATA enjoys sales of tens of millions of dollars of SATA parts in the United States, and millions of dollars of sales in the disposable paint reservoir market.

### SATA's Trademarks

18. SATA owns almost 100 United States trademark registrations and pending trademark applications for marks that it uses to identify and distinguish its products. The trademarks at issue in this case include:

19. SATA's U.S. trademark registrations and applications include a SATA family of marks. Those marks include SATA, registration no. 1,381,057, issued February 4, 1986, for, *inter alia*, "paint spray guns and parts thereof"; SATAJET, registration no. 1,310,808, issued December 25, 1984, for "paint spray guns and parts thereof"; SATA word and design mark, registration no. 3,641,606, issued June 23, 2009, for paint spray guns; SATA AIR TESTER, registration no. 3,805,149, issued June 22, 2010; SATA HYBRID, registration no. 4,185,029, issued August 7, 2012, for spray guns and spray gun systems for paint; SATAJET HYBRID, registration no. 4,185,030, issued August 7, 2012, for paint spray guns and paint spray systems and parts, including in particular paint reservoirs; SATAMINIJET HYBRID, registration no. 4,185,031, issued August 7, 2012, for paint spray guns and paint spray systems including in particular paint reservoirs; SATA MINIJET1000 H HVLP, registration no. 4,440,855, issued November 26, 2013, for, inter alia, paint spraying guns and assembly materials, including liquid supply containers; SATA MINIJET1000 K HVLP, registration no. 4,444,491, issued December 3, 2013, for, inter alia, paint spraying guns and assembly material, including liquid supply containers; SATA,

COMPLAINT
DWT 28099937v2 0105505-000001

4

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

registration no. 4,388,571, issued August 20, 2013, for, inter alia, paint spray guns and paint spray systems including in particular paint reservoirs; SATAMINIJET 1000, registration no. 4,440,858, issued November 26, 2013, for, inter alia, paint spraying guns and assembly devices including liquid supply containers; SATA LIGNUM, registration no. 4,541,559, issued June 3, 2014, for, inter alia, spray guns for paint in the nature of airbrush guns; SATAJET LIGNUM, registration no. 4,535,633, issued May 27, 2014, for, inter alia, spray guns for paint in the nature of airbrush guns; SATA DOCK, registration no. 4,824,752 issued October 6, 2015, for, inter alia, pressure reducing valves for use in the field of paint spray guns; and SATA MINIJET 1000 B HVLP IC, application no. 85,549,751, filed February 22, 2012, for, inter alia, paint spraying guns and liquid supply containers; and SATA ANTI-DUST, application no. 85, 491,396, filed December 9, 2011, for, inter alia, spray guns for paint. True and correct copies of USPTO Web site printouts reflecting those registrations and applications are collectively attached as **Exhibit A**.

20. In addition to the foregoing, SATA's U.S. trademark registrations and applications include an RPS family of marks. They include RPS, registration no. 2,981,217, issued August 2, 2005, for paint spray guns and parts for paint spray guns, namely, paint containers and paint container closures"; RPS ROTAWALL, registration no. 4,631,084, issued November 4, 2014; RPS ROTAFLOOR, registration no. 4,635,616 issued November 11, 2014; and RPS, registration no. 4,820,464, issued September 29, 2015. True and correct copies of USPTO Web site printouts reflecting those registrations and applications are collectively attached as **Exhibit B**.

21. Still further, SATA's U.S. trademark registrations and applications include a SATA RPS family of marks. They include SATA RPS WALL DISPENSER, registration no. 4,619,824, issued October 14, 2014; SATA RPS ROTAWALL, registration no. 4,631,083, issued November 4, 2014; SATA RPS, application no. 86,087,642, filed October 9, 2013; and SATA RPS ROTAFLOOR,

COMPLAINT
DWT 28099937v2 0105505-000001

5

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

registration no. 4,775,047, issued July 21, 2015. True and correct copies of USPTO Web site printouts reflecting those registrations and applications are collectively attached as **Exhibit C**.

22. Collectively, the SATA family of marks, RPS family of marks and SATA RPS family of marks are referred to as the "SATA MARKS."

### SATA's '677 Patent

23. In addition to its federal trademark registrations, SATA also possesses substantial patent rights including, without limitation, fourteen (14) patents (both utility and design) registered with the United States Patent and Trademark Office. In this action, at issue is U.S. Patent No. 6,877,677 ("the '677 Patent").

24. April 12, 2005, the '677 Patent entitled "Paint Spraying Gun" was duly and legally issued by the USPTO. The named inventors on the '677 Patent include Ewald Schmon and Peter Dettlaff. A true and correct copy of the '677 Patent is attached as **Exhibit D**.

25. The '677 Patent was based on the objective of developing a connection for the material supply device (*i.e.*, the paint reservoir) of a paint spraying gun which could be manufactured less expensively and handled more easily. The paint spraying gun and the paint reservoir can be connected to one another by a screw-wedge connection wherein the screw-wedge connection comprises, in part, an essentially hollow-cylindrical connection part of the material supply device or paint reservoir. That portion of the invention is used in the SATA paint reservoirs at issue herein and is precisely copied by the infringing paint reservoirs.

26. SATA is the sole and exclusive owner by assignment of all right, title, and interest in and to the '677 Patent.

### SATA's Anti-Counterfeiting Efforts

27. One of SATA's major business challenges and a significant threat to its market are the sale of infringing products, including from China and Taiwan. SATA believes that its spray guns and accessories are the world's most widely

COMPLAINT
DWT 28099937v2 0105505-000001
6
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

counterfeited. In 1988, the first counterfeit SATA spray gun emerged from Taiwan. The "SATEX" forgery of a SATA gun by the Turkish firm Mersin was awarded the 1999 Plagarius gnome award for its brazen forgery. In 2013, SATA prevailed in litigation in the United States against a Chinese manufacturer of counterfeit SATA paint spray guns and paint reservoirs, Wenzhou T&E Industrial Co., Ltd. (located in the same Chinese city as defendant Wenzhou New Century International, Ltd. herein).

28. These are but a few examples of counterfeiting of SATA products. To protect its customers from counterfeits, SATA has devoted a large portion of its Website to showing how to identify counterfeit SATA products, and also affixes a SATA Authentication Label with a hologram to its product packaging.

29. In or about August 2015, SATA began to learn of complaints from its distributors of defective SATA RPS paint reservoirs, as well as SATA RPS paint reservoirs being sold at below-market prices, all sold to customers in California.

30. SATA's exclusive authorized distributor for the U.S. market inspected the defective paint reservoirs and those being sold at below-market prices and immediately determined that they were counterfeit. However, subsequent investigation showed that consumers could easily be fooled into thinking they were genuine SATA RPS paint reservoirs because the boxes in which the counterfeit products were packaged displayed the SATA MARKS and appeared very similar to SATA's packaging. The counterfeit packaging even used German and English language descriptions of the product, similar colors and packaging design, and the SATA MARKS.

31. SATA engaged investigators to determine the source of the defective and counterfeit products being sold in the California market. Using a telephone number from a business card provided by a mobile supplier who had sold one of the defective counterfeit paint reservoirs to a customer, SATA's investigators determined that the telephone number was associated with Defendant Abdulahad Hanna, who in

7
COMPLAINT
DWT 28099937v2 0105505-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

turn was both the principal and registered agent for service of process for Defendant A&F.

32. The investigators also determined that Defendant Wenzhou New Century International Ltd. had shipped 616 kilograms of plastic reservoirs to the North Hollywood address of A&F.

33. Investigators then called the telephone number listed on the mobile dealer's business card and made arrangements to meet the dealer to purchase SATA RPS paint reservoirs. The mobile dealer requested that the investigator meet at his warehouse, and provided the North Hollywood business address for Defendant A&F.

34. The investigator then met with the mobile dealer, who arrived in a large white van filled with painting supplies, in the back parking area of A&F's North Hollywood location. The mobile dealer agreed to sell the investigator a box of what were purportedly genuine SATA RPS paint reservoirs for $125 a box, but told the investigator that he had "fake" SATA RPS paint reservoirs that he could sell for $85 a box. He then gave the investigator three sample "fake" SATA RPS paint reservoirs, which he took a box labeled with the SATA MARKS visible in his van. The mobile dealer also walked into the back warehouse area of A&F, and returned with a box of paint reservoirs that he contended were genuine SATA products, and sold those to the investigator for $125. He compared the "fake" paint reservoirs from his van to the SATA products, and explained to the investigator, "See, they are the same."

35. Subsequently, in two separate visits to A&F in September 2015, the investigator returned to the street facing store-front, and asked for the cheaper SATA RPS paint reservoirs. The investigator purchased one box of SATA RPS paint reservoirs during the first visit for $85. The employees of A&F offered to give the investigator one box for free if he purchased a total of four boxes of the $85 SATA RPS paint reservoirs. The investigator returned the next day and bought three additional boxes of paint reservoirs, and was given one additional box for free. All

8
COMPLAINT
DWT 28099937v2 0105505-000001
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

five boxes of paint reservoirs purchased during those two visits to A&F were labeled with the SATA MARKS.

36. SATA inspected the five boxes of paint reservoirs purchased by the investigator. The boxes in which the counterfeit products were packaged displayed the SATA MARKS and appear very similar to SATA's own boxes, including their use of German and English language descriptions of the product, similar colors and packaging design, and the SATA MARKS.

37. SATA also inspected the paint reservoirs that SATA's investigators purchased from A&F. The A&F paint reservoirs are capable of being connected to a SATA paint spray gun by a screw-wedge connection wherein the screw-wedge connection comprises, in part, an essentially hollow-cylindrical connection part of the material supply device or paint cup. That portion of the '677 Patent that is used in the SATA paint reservoirs is precisely copied by the infringing paint reservoirs.

38. On information and belief, Defendants have sold the infringing paint spray gun paint reservoirs in this District and other districts within the State of California.

## FIRST CAUSE OF ACTION
## (TRADEMARK COUNTERFEITING AND INFRINGEMENT UNDER 15 U.S.C. § 1114 AGAINST ALL DEFENDANTS)

39. SATA hereby incorporates by reference and realleges each and every allegation of paragraphs 1 through 38, above.

40. The SATA MARKS are used in commerce and are valid, protectable trademarks under the Lanham Act.

41. With actual or constructive notice of SATA's federal registration rights under 15 U.S.C. § 1072, and long after SATA commenced use of the SATA MARKS, Defendants made unauthorized commercial uses in commerce of the SATA MARKS.

9
COMPLAINT
DWT 28099937v2 0105505-000001
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

42. Defendants' counterfeit use of the SATA MARKS is likely to cause confusion in the minds of the public, falsely leading the public to believe that counterfeit paint spray gun paint reservoirs and related products supplied by Defendants emanate or originate from or are affiliated with, SATA and/or that SATA has approved, sponsored or otherwise associated itself with the products sold by Defendants. Defendants' actions in this regard have at all times been without SATA's authorization or consent.

43. Defendants' conduct is intended to exploit the goodwill and reputation associated with SATA's registered trademarks and to take a competitive advantage without expenditure of resources, by a strategy of willful infringement.

44. SATA has no control over the nature and quality of the goods or services offered by Defendants under the SATA MARKS, and SATA's reputation and goodwill will be damaged and the value of SATA's MARKS by Defendants' continued use of the SATA MARKS. Because Defendants' counterfeit use of the SATA MARKS is likely to cause confusion in the minds of the public, any defects, objections, or faults found with Defendants' products or services marketed under the SATA MARKS would negatively reflect upon and injure the reputation that SATA has established for the products and services it offers in connection with the registered SATA MARKS.

45. SATA has been and will continue to be irreparably harmed by the actions of Defendants unless Defendants are enjoined from continuing to manufacture, supply, sell, offer or deliver Defendants' counterfeit paint reservoirs. Unless enjoined by this Court, Defendants will continue to use the infringing marks, causing irreparable injury to SATA's business, identity, goodwill and reputation. SATA has no adequate remedy at law as monetary damages are inadequate to compensate SATA for the injuries caused by Defendants.

46. As a result of Defendants' infringement of the SATA MARKS, SATA has incurred damages in an amount to be proven at trial.

COMPLAINT
DWT 28099937v2 0105505-000001

10

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

47. Defendants' infringement of the SATA MARKS is deliberate, willful, fraudulent, and without any extenuating circumstances, and constitutes a knowing use of the SATA MARKS and an exceptional case within the meaning of Lanham Act section 35, 15 U.S.C. § 1117. SATA is therefore entitled to recover three times the amount of its actual damages and the attorneys' fees and costs incurred in this action, and prejudgment interest.

## SECOND CAUSE OF ACTION
## (TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION UNDER 15 U.S.C. § 1125(a) AGAINST ALL DEFENDANTS)

48. SATA hereby incorporates by reference and realleges each and every allegation of paragraphs 1 through 47, above.

49. The SATA MARKS are used commercially in commerce and are entitled to full protection under the Lanham Act.

50. By using the SATA MARKS in connection with counterfeit paint reservoirs, and in connection with the advertising, promotion, and sale of the counterfeit paint reservoirs, Defendants' conduct constitutes a use in commerce in connection with the Defendants' goods of symbols and devices and constitutes false designations of origin and false or misleading descriptions and representations in violation of 15 U.S.C. § 1125(a).

51. Defendants' counterfeit use of the SATA MARKS is likely to cause confusion in the minds of the public, falsely leading the public to believe that counterfeit paint reservoirs and related products supplied by Defendants emanate or originate from, or are affiliated with, SATA and/or that SATA has approved, sponsored or otherwise associated itself with the products sold by Defendants. Defendants' actions in this regard have at all times been without SATA's authorization or consent.

52. SATA has been, and will continue to be, irreparably harmed by the actions of Defendants unless Defendants are enjoined from continuing to

COMPLAINT
DWT 28099937v2 0105505-000001
11
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

manufacture, supply, distribute, offer, sell and deliver Defendants' counterfeit paint reservoirs. Unless enjoined by this Court, Defendants will continue to use the infringing marks, causing irreparable injury to SATA's business, identity, goodwill and reputation. SATA has no adequate remedy at law as monetary damages are inadequate to compensate SATA for the injuries caused by Defendants. SATA is entitled to injunctive relief pursuant to 15 U.S.C. § 1116 to enjoin and restrain Defendants from further violation of 15 U.S.C. § 1125(a).

53. As a result of Defendants' infringement of the SATA MARKS, SATA has incurred damages in an amount to be proven at trial.

54. Defendants' infringement of the SATA MARKS is deliberate, willful, fraudulent, and without any extenuating circumstances, and constitutes a knowing use of the SATA MARKS and an exceptional case within the meaning of Lanham Act section 35, 15 U.S.C. § 1117. SATA is therefore entitled to recover three times the amount of its actual damages and the attorneys' fees and costs incurred in this action, and prejudgment interest.

## THIRD CAUSE OF ACTION
## (COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION AGAINST ALL DEFENDANTS)

55. SATA hereby incorporates by reference and realleges each and every allegation of paragraphs 1 through 54, above.

56. SATA has established through prior use in commerce a valid and protectable interest in the SATA MARKS, and has built and created valuable goodwill in the SATA MARKS.

57. With full knowledge of the SATA MARKS, and each of them, Defendants have subsequently and without authorization of any kind from SATA used the same and/or similar marks in connection with counterfeit paint reservoirs and in connection with the advertising, promotion, and sale of the counterfeit paint reservoirs.

COMPLAINT
DWT 28099937v2 0105505-000001

12

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

58. With full knowledge of the SATA MARKS, Defendants have traded, and continue to trade, on the goodwill associated with the SATA MARKS, and each of them, and to cause confusion or mistake or to deceive consumers and therefore infringe SATA's rights in the SATA MARKS in violation of common law.

59. Defendants' acts have resulted in the "passing off" of Defendants' products as those of SATA's, or as somehow related or associated with, or sponsored or endorsed by SATA. Defendants' conduct, as alleged here, constitutes trademark infringement and unfair competition under California common law.

60. SATA has no adequate remedy at law and as such is entitled to an injunction restraining Defendants and their agents, employees, officers, alter egos, and all persons acting in concert with them, from engaging in any further such acts in violation of the common law of the State of California.

61. Defendants' acts entitle SATA to general and special damages for all of Defendants' profits derived from their past unlawful conduct to the full extent provided for by the common law of the State of California.

62. Defendants' wrongful use of the SATA MARKS is deliberate, willful, and in reckless disregard of SATA's trademark rights, entitling SATA to the recovery of punitive damages.

## FOURTH CAUSE OF ACTION
### (VIOLATION OF CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200 AGAINST ALL DEFENDANTS)

63. SATA hereby incorporates by reference and realleges each and every allegation of paragraphs 1 through 62, above.

64. Defendants' acts as described above constitute unlawful and unfair business practices that have injured SATA in its business and property in violation of California Business & Professions Code §§ 17200, *et seq.*

65. Defendants' wrongful acts were and are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of

COMPLAINT
DWT 28099937v2 0105505-000001
13
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Defendants with SATA, or as to the origin, sponsorship or approval of Defendants' infringing products by SATA.

66. SATA has suffered injury in fact and has lost money or property as a result of Defendants' acts of unfair competition.

67. SATA has no adequate remedy at law and as such is entitled to an injunction restraining Defendants and their agents, employees, officers, alter egos, and all persons acting in concert with them, from engaging in any further such unfair business practices in violation of California Business & Professions Code § 17200.

68. As a direct and proximate result of the Defendants' conduct, SATA is entitled to all remedies set forth in California Business & Professions Code § 17203, as applicable, including but not limited to restitution of money or property and disgorgement of any profits gained by Defendants as a result of their acts of unfair competition.

## FIFTH CAUSE OF ACTION
## (PATENT INFRINGEMENT – 35 U.S.C. §§ 271 AND 289 AGAINST ALL DEFENDANTS)

69. SATA hereby incorporates by reference and realleges each and every allegation of paragraphs 1 through 68, above.

70. Defendants have infringed, and are still infringing, the '677 Patent under 35 U.S.C. § 271 by offering for sale in the United States devices that include each and every limitation of one or more claims of the '677 Patent. Such devices include paint reservoirs that comprise a screw-wedge connection arranged on the circumference of an essentially hollow-cylindrical connective part of the material supply device (*i.e.*, the paint reservoir) for a paint spraying gun that infringe one or more claims of the '677 Patents.

71. Defendants' offers to sell such infringing paint reservoirs are unauthorized and without license, and constitute direct infringement under 35 U.S.C. § 271(a).

COMPLAINT
DWT 28099937v2 0105505-000001
14
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

72. As a result of Defendants' direct infringement, SATA has been damaged, and will continue to suffer damages, in an amount to be proven at trial.

73. Defendants will continue to infringe unless this Court enjoins Defendants, their officers, agents, servants, employees, and representatives, and all others acting in active concert with Defendants from infringing the '677 Patent.

## Prayer for Relief

**WHEREFORE**, SATA respectfully prays for:

A. Judgment that each Defendant has: (i) willfully engaged in trademark counterfeiting in violation of 15 U.S.C. § 1114; (ii) willfully infringed the SATA MARKS in violation of 15 U.S.C. § 1114; (iii) willfully used false designations of origin and/or engaged in unfair competition in violation of 15 U.S.C. § 1125(a); (iv) willfully violated SATA's common law rights in the SATA MARKS; and (v) willfully infringed the SATA Patent in violation of 35 U.S.C. § 271.

B. A temporary, preliminary, and permanent injunction against further counterfeiting, infringement, false designation of origin, and unfair competition directed against the SATA MARKS, by each Defendant, its officers, agents, servants, employees, attorneys, and all others in active concert or participation with any of them;

C. A temporary, preliminary, and permanent injunction against further infringement of the SATA Patent, by each Defendant, its officers, agents, servants, employees, and attorneys, and all others in active concert or participation with any of them;

D. An order, pursuant to 15 U.S.C. § 1116(d) and the Court's inherent authority, directing the seizure of all evidence of each Defendant's unlawful conduct;

E. A finding that this is an exceptional case within the meaning of 15 § U.S.C. 1117(a).

15

COMPLAINT
DWT 28099937v2 0105505-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

F.  An award of damages adequate to compensate SATA for the trademark infringements that have occurred pursuant to 15 U.S.C. § 1117(a), which amount shall include each Defendant's profits, SATA's damages, and the costs of the action.

G.  At SATA's election, either: (1) an award of damages adequate to compensate SATA for the intentional acts of trademark counterfeiting that have occurred, pursuant to 15 U.S.C. § 1117(b), which amount shall include three times each Defendant's profits or SATA's damages (whichever is greater), together with reasonable attorneys' fees; or (2) statutory damages in the amount of: (i) not less than $1,000 or more than $200,000 per counterfeit mark per type of goods or services sold, offered for sale, or distributed, as the Court considers just; or (ii) if the Court finds that the use of the counterfeit mark was willful, not more than $2,000,000 per counterfeit mark per type of goods or services sold, offered for sale, or distributed, as the Court considers just.

H.  An award of damages adequate to compensate SATA for the patent infringements that have occurred pursuant to 35 U.S.C. § 284, which shall be trebled as a result of each Defendants' willful patent infringement;

I.  An award of restitution of money or property and the disgorgement of any profits acquired by Defendants as a result of their unfair competition;

J.  For increased and punitive damages as allowed by law, including but not limited to those increased damages authorized by 15 U.S.C. § 1117;

K.  An assessment of costs, including reasonable attorneys' fees and expenses, as well as prejudgment interest at the highest legal rate allowable under law; and

///
///

COMPLAINT
DWT 28099937v2 0105505-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

L.  Such other and further relief as this Court deems just and proper.

DATED: October 16, 2015

DAVIS WRIGHT TREMAINE LLP
DAVID W. QUINTO, ESQ.
CARLA A. McCAULEY
KAREN HENRY

By: /s/ David Quinto / by Carla McCauley
David W. Quinto

Attorneys for Plaintiff
SATA GmbH & Co. KG

COMPLAINT
DWT 28099937v2 0105505-000001
17
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## DEMAND FOR JURY TRIAL

Plaintiff SATA GmbH & Co. KG hereby demands a trial by jury on all issues for which a trial by jury may be had, as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATED: October 16, 2015

DAVIS WRIGHT TREMAINE LLP
DAVID W. QUINTO, ESQ.
CARLA A. McCAULEY
KAREN HENRY

By: /s/ David Quinto / by Carla McCauley
David W. Quinto

Attorneys for Plaintiff
SATA GmbH & Co. KG

18

COMPLAINT
DWT 28099937v2 0105505-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899